[No. 32290-4-III.   Division Three.   September 25, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK J. McALLISTER, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 11-1-00141-1, Craddock D. Verser, J., entered October 5, 2012. *Affirmed in part* and *reversed in part* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.

[No. 70132-1-I.   Division One.   September 29, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. TOM JOHN CHUOL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-04364-3, Judith H. Ramseyer, J., entered March 29, 2013. *Affirmed* by unpublished opinion per Leach, J., concurred in by Cox and Lau, JJ.

[No. 70206-8-I.   Division One.   September 29, 2014.]

BOUCHRA AGOUR, *Appellant*, v. IAN M. DALRYMPLE ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, Nos. 12-2-27331-6 and 12-2-03377-3, Susan J. Craighead and Joan E. DuBuque, J., entered March 14 and 15, 2013. *Affirmed in part* and *reversed in part* by unpublished opinion per Appelwick, J., concurred in by Spearman, C.J., and Lau, J.

[No. 70303-0-I.   Division One.   September 29, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL ROSS BARTELS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-12142-5, Elizabeth J. Berns, J., entered May 3, 2013. *Affirmed* by unpublished opinion per Cox, J., concurred in by Verellen, A.C.J., and Becker, J.